& Co., Inc., Impleaded Defendant.— Order entered July 11, 1944, insofar as appealed from by the plaintiffs unanimously affirmed. Insofar as appealed from by defendant Elmhurst Contracting Co., Inc., said order is reversed and the motion denied (*Gettinger* v. *Glasser*, 204 App. Div. 829). Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to affirm. Settle order on notice. [See 269 App. Div. 655.]

AGRICULTURAL INSURANCE COMPANY et al., Plaintiffs, v. ELMHURST CONTRACTING CO., INC., Appellant, and ALAN H. BONITO & CO., INC., Impleaded Defendant-Respondent.— Order reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to affirm. Settle order on notice. [See 269 App. Div. 656.]

JOHN L. STEINBUGLER, Appellant, v. WILLIAM C. ATWATER CO., INC., Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to affirm. Settle order on notice.

JOHN L. STEINBUGLER, Appellant, v. WILLIAM C. ATWATER CO., INC., Respondent.— Appeal unanimously withdrawn, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DAVID BILSKY, Respondent, v. MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [182 Misc. 122.] [See *post*, p. 1026.]

ALFRED C. BLUMENTHAL, Respondent, v. MARGARET F. BLUMENTHAL, Appellant.— Order entered March 23, 1944, unanimously modified by striking out paragraph fifth of the amended complaint and all references thereto in said amended complaint, and as so modified affirmed, without costs, with leave to the defendant to answer within ten days after service of order. Order entered September 15, 1944, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post*, p. 1027.]

ELIOT D. PRATT, a Taxpayer of the City of New York, Appellant, v. FIORELLO H. LA GUARDIA, as Mayor of the City of New York, et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [182 Misc. 462.]

JOSEPH ALEXANDER, Respondent, v. LYKES BROS. STEAMSHIP CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SOPHIE RADIN et al., Respondents, v. 949 EAST 180TH ST. CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

PAUL ENGELSON, Respondent, v. E. COHEN, INC., et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HERMAN WANGROW et al., Appellants, v. CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SAMUEL N. TONKIN, Appellant, v. CALIFORNIA INSURANCE COMPANY OF SAN FRANCISCO, INC., Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn